## The Travelers Insurance Machine Co. v. The Travelers Insurance Co.

(Decided April 18, 1911.)

Appeal from Jefferson Circuit Court
(Chancery Branch, Second Division).

D. R. CASTLEMAN, W. B. THOMAS and PRYOR & CASTLE-
MAN for appellants.

TRABUE, DOOLAN & COX and WILLIAM -BOSWORTH for
appellee.

RESPONSE TO PETITION FOR REHEARING BY JUDGE LASS
ING.

· In the petition for rehearing our attention is called
to the fact that in the opinion herein the appellee is desig-
nated as ''The Travelers Insurance Company of Hart-
ford, Connecticut.'' While the company is of Hartford,
Connecticut, its corporate name is ''The Travelers Insur-
ance Company,'' and the words ''of Hartford, Connecti-
cut,'' are stricken from the opinion wherever they appear
as a part of appellee's corporate name. This mistake
likewise leads to the incorporation of the following para-
graph in the opinion:

''When appellee adopted the name 'Travelers Insur-
ance Company,' it must have had the idea that this was
a generic term, for its title is 'The Travelers Insurance
Company of Hartford, Connecticut.' If it did not recog-
nize travelers insurance as a distinct branch or class of
business in the insurance world, the necessity for the
addition of the words 'of Hartford, Connecticut', is want-
ing; for its title, 'Travelers Insurance Company,' without
the use of these words, would have been amply protected
if the word 'travelers,' as used, was not a generic term.
While the addition of the words 'of Hartford, Connecti-
cut,' to the words 'Travelers Insurance Company' is not
by any means conclusive that the appellee company at
that time regarded travelers insurance as a distinct
branch of the insurance business, still it lends some color
to the claim that it was so regarded.''

With the name corrected, this paragraph had no place
in the opinion, and it is withdrawn.